## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| AMERITOX, LTD., and U.D. TESTING, INC. VS. AEGIS SCIENCES CORP., | FILED: AUGUST 8, 2008 <br> 08CV4513 <br> JUDGE ASPEN <br> MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

STERLING PARTNERS (third-party)

JFB

| |
|---|
| NAME (Type or print) <br> MICHAEL R. OSTERHOFF |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ MICHAEL R. OSTERHOFF |
| FIRM <br> BELL, BOYD & LLOYD |
| STREET ADDRESS <br> 70 WEST MADISON ST., SUITE 3100 |
| CITY/STATE/ZIP <br> CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6244728 | TELEPHONE NUMBER <br> 312-807-4205 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |