IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERITOX, LTD., and <br> U.D. TESTING, INC., | ) <br> ) | Civil Action No. 1:08-cv-04513 |
| Plaintiffs, | ) <br> ) <br> ) | Hon. Marvin E. Aspen <br> Presiding Judge |
| v. | ) <br> ) | |
| AEGIS SCIENCES CORP., | ) <br> ) <br> ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, August 21, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen, or any other person sitting in his place, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present **MOTION TO QUASH DEFENDANT'S SUBPOENA OF STERLING PARTNERS**, a copy of which is hereby served upon you.

Dated this 13th day of August, 2008.          Respectfully submitted,


/s/ Michael R. Osterhoff__
One of the Attorneys for
STERLING PARTNERS.

Michael R. Osterhoff
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3100
Chicago, Illinois  60602
(312) 372-1121

991275/D/1

## CERTIFICATE OF SERVICE

I hereby certify that (1) I am an attorney admitted to appear before this Court and (2) I caused a true and correct copy of the foregoing **Notice of Motion** to be served upon:

> Via U.S. Mail:
> John D. Burke
> Ice Miller LLP
> 200 W. Madison, Suite 3500
> Chicago, IL 60606

this 13th day of August, 2008.

/s/ Michael R. Osterhoff___
One of the Attorneys for
STERLING PARTNERS

991275/D/1