IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERITOX, LTD. and U.D. TESTING, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 4513 |
| v. | ) | |
| | ) | Honorable Marvin E. Aspen |
| AEGIS SCIENCES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Michael R. Osterhoff, Esq.
Bell, Boyd & Lloyd, LLP
70 West Madison, Suite 3100
Chicago, Illinois 60606-4207

PLEASE TAKE NOTICE that on the **26th day of August, 2008** at **10:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before Judge Marvin E. Aspen, Courtroom 2568, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or any judge who may be sitting in his stead, and there present the attached *Notice of Motion* and *Defendant's Motion to Reassign Plaintiff's Motion to Quash*, copies of which are hereby served upon all parties.

                                                **AEGIS SCIENCES CORP.**

                                                By:      /s/ John D. Burke
                                                                  One of Its Attorneys

John D. Burke (ARDC No. 06203918)
**ICE MILLER, LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-5147

C/69532.1