IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERITOX, LTD., and U.D. TESTING, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 4513 |
| v. | ) | |
| | ) | Honorable Marvin E. Aspen |
| AEGIS SCIENCES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:    See attached Certificate of Service.

PLEASE TAKE NOTICE that on August 22, 2008, the undersigned counsel filed Defendant Aegis Sciences Corp.'s Response in Opposition to Motion to Quash with the Clerk of the United States District Court, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which was served upon all parties of record.

**AEGIS SCIENCES, CORP.**

By:    /s/ John D. Burke
       One of Its Attorneys

John D. Burke (ARDC No. 06203918)
**ICE MILLER, LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-5147

C/69327.3

## CERTIFICATE OF SERVICE

    John D. Burke, an attorney, certifies that on August 22, 2008, he served a copy of **Defendant's Response in Opposition to Motion to Quash** by electronic mail and U.S. Mail, proper postage prepaid, upon:

Michael R. Osterhoff, Esq.
Bell, Boyd & Lloyd, LLP
70 West Madison, Suite 3100
Chicago, Illinois 60606-4207


                                                                   /s/ John D. Burke
                                                                  John D. Burke