UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ameritox, Ltd., et al.
                        Plaintiff,

v.                                          Case No.: 1:08−cv−04513
                                                                         Honorable Marvin E. Aspen

Aegis Sciences Corp.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/25/08: Aegis Sciences Corp.'s motion to reassign plaintiff's motion to quash is denied. Plaintiffs are directed to re−notice the motion for hearing before Duty Magistrate Judge Nolan. The motion hearing set for 8/26/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.