IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERITOX, LTD., and U.D. TESTING, INC., | ) ) ) | Civil Action No. 1:08-cv-04513 |
| Plaintiffs, | ) ) ) | Hon. Marvin E. Aspen  Presiding Judge |
| v. | ) ) | |
| AEGIS SCIENCES CORP., | ) ) ) ) | Magistrate Judge Nolan |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, August 28, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Nan R. Nolan, or any other person sitting in her place, in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present **MOTION TO QUASH DEFENDANT'S SUBPOENA OF STERLING PARTNERS**, a copy of which is hereby served upon you.

Dated this 25th day of August, 2008.      Respectfully submitted,

/s/ Michael R. Osterhoff
One of the Attorneys for
STERLING PARTNERS.

Michael R. Osterhoff
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
(312) 372-1121

## CERTIFICATE OF SERVICE

I hereby certify that (1) I am an attorney admitted to appear before this Court and (2) I caused a true and correct copy of the foregoing **Notice of Motion** to be served upon:

>Via CM/ECF and U.S. Mail:
>John D. Burke
>Ice Miller LLP
>200 W. Madison, Suite 3500
>Chicago, IL 60606

this 25th day of August, 2008.

>/s/ Michael R. Osterhoff
>One of the Attorneys for
>STERLING PARTNERS