## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ameritox, Ltd., et al.
       Plaintiff,

v.              Case No.: 1:08−cv−04513
               Honorable Marvin E. Aspen

Aegis Sciences Corp.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

  MINUTE entry before the Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 8/26/2008. For the reasons stated in open Court, MOTION by Movant Sterling Partners to quash defendant's subpoena [1] is re−noticed before Magistrate Judge Cole for 09/03/08 at 8:30 a.m.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.