IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERITOX, LTD. and U.D. TESTING, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 4513 |
| v. | ) | |
| | ) | Honorable Marvin E. Aspen |
| AEGIS SCIENCES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:  See Certificate of Service.

    PLEASE TAKE NOTICE that on the **2nd day of September, 2008** at **10:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before Judge Marvin E. Aspen, Courtroom 2568, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or any judge who may be sitting in his stead, and there present the attached *Defendant's Motion for Leave to Appear Pro Hac Vice*, copies of which are hereby served upon all parties.

                                   **AEGIS SCIENCES CORP.**

                                By:      /s/ John D. Burke
                                                  One of Its Attorneys

John D. Burke (ARDC No. 06203918)
**ICE MILLER, LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-5147

C/69532.2

## CERTIFICATE OF SERVICE

      John D. Burke, an attorney, certifies that on August 29, 2008, he served a copy of **Defendant's Motion for Leave to File Pro Hac Vice** by electronic filing upon:

Michael R. Osterhoff, Esq.
Bell, Boyd & Lloyd, LLP
70 West Madison, Suite 3100
Chicago, Illinois 60606-4207

                                               /s/ John D. Burke
                                               John D. Burke